### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **DAVID ANTHONY McKINNEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL NO. 07-495-GPM** |
| | ) | |
| **ALBERTO GONZELES,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM AND ORDER

**MURPHY, District Judge:**

On September 6, 2007, the Court directed Plaintiff to either pay the $350 filing fee for this action or file a properly supported motion for leave to proceed *in forma pauperis* (Doc. 3).  Instead of complying with that order, Plaintiff has filed a response (Doc. 4) explaining that he has no funds and that he does not even have the postage to file such a motion.  Ironically, though, Plaintiff states that he was able to borrow postage from a fellow inmate in order to mail this response.  This begs the question – if Plaintiff was able to borrow postage to file this response to a court order, why could he not borrow postage to file an *in forma pauperis* motion as directed by the Court?  Giving him the benefit of the doubt, the Court will give him additional time to do just that.

**IT IS HEREBY ORDERED** that, within **THIRTY (30) DAYS** of the date of the entry of this order, Plaintiff shall pay the $350 filing fee applicable to this action.  In the alternative, Plaintiff may file a motion to proceed *in forma pauperis*, supported by a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the complaint and an affidavit that includes a statement of his assets.  Plaintiff is **ADVISED** that in the event he has

been transferred among institutions during this six-month period, it is Plaintiff's responsibility to

obtain a copy of his prison trust account statement from each such facility and to forward it to the

Court.  Plaintiff is **FURTHER ADVISED** that his obligation to pay the filing fee for this action was

incurred at the time the action was filed; such an obligation will exist whether or not Plaintiff is

granted leave to proceed *in forma pauperis.*  28 U.S.C. § 1915(b)(1); *see also Lucien v. Jockisch,*

133 F.3d 464, 467 (7th Cir. 1998).

      **IT IS FURTHER ORDERED** that upon conclusion of this thirty-day period, should

Plaintiff fail to comply with this order, this case will be closed for failure to comply with an order

of this Court.  FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997);

*Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

      The Clerk is **DIRECTED** to provide Plaintiff with a sufficient number of *in forma pauperis*

motion forms to enable him to comply with this order.

      **IT IS SO ORDERED.**

      DATED: 10/16/07

                          s/ *G. Patrick Murphy*

                          G. Patrick Murphy
                          United States District Judge